NO.
07-10-0203-CV

                                                                              

                                                   IN
THE COURT OF APPEALS

 

                                       FOR
THE SEVENTH DISTRICT OF TEXAS

 

                                                                 AT
AMARILLO

 

                                                                      PANEL
B

 

                                                                  JULY
7, 2010

                                            ______________________________

 

                                                      LIN’S RESTAURANT, INC.

 

Appellant

 

                                                                            V.

 

                    JAC
COMMERCIAL AND RESIDENTIAL CONSTRUCTION, LLC

AND TOJI ENDO,

 

Appellees

________________________________

 

                      FROM
THE 237th DISTRICT COURT OF LUBBOCK COUNTY;

 

                       NO.
2009-547,229; HONORABLE SAM MEDINA, PRESIDING

                                           _______________________________

 

                                                  ORDER
DISMISSING APPEAL

    _______________________________

 

Before QUINN, C.J., and CAMPBELL and HANCOCK , JJ.

Appellant has filed a motion to dismiss.  Without passing on the merits of the case, we
grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. 
Having dismissed the appeal at appellant’s request, no motion for
rehearing will be entertained, and our mandate will issue forthwith.

 

 

Brian
Quinn

       Chief Justice